# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Brenton Scott Williams,<br><br>　　　　　　Defendant(s). | 2:24-cr-00114-CDS-MDC-1<br><br>**ORDER SETTING HEARING** |

IT IS ORDERED that the parties shall appear in-person at **1:00 p.m. on March 28, 2025 in Courtroom 3A** for a hearing on the Federal Public Defender's *Motion for Status Hearing* (ECF No. 28).

Dated: March 27, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge